423 A.2d 1328

Commonwealth ex rel. Tambasco v. Tambasco, Appellant.

Submitted June 29, 1979. Robert J. Kupits, for appellant; Mary T. Giansanti, for appellee in propria persona.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the